Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSS MATICAN,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:26-CV-07557-CRB<br><br>**Further Case Management Statement** ORDER |

Pursuant to the Court's November 4, 2026, order (Docket #30) the parties submit this further case statement with the following dates:

- Last day to amend pleadings under Rule 15: January 29, 2027
- Close of Fact Discovery: June 30, 2027
- Rebuttal Reports (Experts): June 30, 2027

DATE: November 5, 2026

BY: /s/Jeremy S. Golden
Jeremy S. Golden
Attorney for Plaintiff

DATE: November 5, 2026 BY: /s/Brenna J. McGill

Brenna J. McGill
Attorney for Defendant Experian Information Solutions, Inc.

DATE: November 5, 2026 BY: /s/Thomas P. Quinn, Jr.

Thomas P. Quinn, Jr.
Attorney for Defendant Equifax Information Services LLC

Date: November 6, 2026

